| | |
|---|---|
| 1<br>2<br>3<br>4 | CURTIS D. PARVIN, State Bar No. 116079<br>CLYDE & CO US LLP<br>2020 Main Street, Suite 1100<br>Irvine, California 92614<br>Telephone: (949) 852-8200<br>Facsimile: (949) 567 7850 |
| 5<br>6 | Attorneys for Defendant H.W. WOOD LIMITED |

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITE KNIGHT YACHT LLC,,<br><br>Plaintiff,<br><br>v.<br><br>CERTAIN LLOYDS AT LLOYD'S LONDON AND OTHER LONDON MARKET INSURERS; UNITED YACHT TRANSPORT LLC; H.W. WOOD LIMITED; and DOES 1 thorugh 100, Inclusive,,<br><br>Defendants. | Case No. 3:18-cv-02616-BAS-BLM<br><br>**JOINT MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING**<br><br>Date:  Not Set<br>Time:  Not Set<br>Crtrm.: 4B<br><br>The Hon. Hon. Cynthia Bashant<br><br>Trial Date:  Not Set<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT** |

Plaintiff White Knight Yacht LLC and Defendants Certain Underwriters at Lloyd's London subscribing to Unique Marine Cargo Policy No. 601737 (erroneously sued herein as "Certain Lloyds at Lloyd's, London and Other London Market Insurers") ("Underwriters") and H.W. Wood Limited ("H.W. Wood") hereby jointly move for an order extending the time within which Underwriters and H.W. Wood may have to respond to the complaint filed by plaintiff. Both Underwriters and H.W. Wood are scheduled to respond to the complaint on or before January 8, 2019. However, the parties are currently in settlement negotiations to resolve the claim. Further, should those negotiations fail, the parties are also conducting

4216770　　　　　　　　　　　　　1　　　　　　　Case No. 3:18-cv-02616-BAS-BLM
JOINT MOTION TO EXTEND DEADLINE FOR RESPONSIVE PLEADING

discussions regarding issues that may be raised by defendants in motions filed pursuant to Rule 12 of the Federal Rules of Civil Procedure. In order to allow the negotiations and discussions sufficient time to attempt to resolve all or some of the issues presented by the complaint, the parties jointly seek to have the response date for Underwriters and H.W. Wood extended two weeks, to January 22, 2019.

DATED: January 4, 2019

NOVARE LAW GROUP

_____
By: MICHAEL B. McDONNELL
Attorneys for Plaintiff WHITE KNIGHT YACHT, LLC

DATED: January 7, 2019

CLYDE & CO US LLP

/s/ Curtis D. Parvin
_____
By: CURTIS D. PARVIN
Attorneys for Defendant H.W. WOOD LIMITED

DATED: January 7, 2019

HINSHAW & CULBERTSON LLP

/s/ Pamela L. Schultz
_____
By: Pamela L. Schultz
Attorneys for CERTAIN UNDERWRITERS AT LLOYD'S LONDON SUBSCRIBING TO UNIQUE MARINE CARGO INSURANCE POLICY NO. 601737 (erroneously sued herein as "Certain Lloyds at Lloyd's London and Other London Market Insurers")