# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WHITE KNIGHT YACHT LLC,<br><br>　　　　　　　　Plaintiff,<br><br>　v.<br><br>CERTAIN LLOYDS AT LLOYD'S LONDON AND OTHER LONDON MARKET INSURERS, *et al.*,<br><br>　　　　　　　　Defendants. | Case No. 18-cv-02616-BAS-BLM<br><br>**ORDER GRANTING JOINT MOTION FOR EXTENSION OF TIME**<br><br>**[ECF No. 3]** |

　　　Presently before the Court is the parties' joint request for an extension of time for Defendants to respond to Plaintiff's Complaint. (ECF No. 3.) The parties seek a two-week extension to facilitate settlement discussions. Having reviewed the moving papers, and good cause appearing, the Court **GRANTS** the request. Defendants shall respond to Plaintiff's Complaint no later than **January 22, 2019**.

　　　**IT IS SO ORDERED.**

**DATED: January 7, 2019**

　　　　　　　　　　　　　　　　　　　　　　　　*Cynthia Bashant*
　　　　　　　　　　　　　　　　　　　　　　　　Hon. Cynthia Bashant
　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge